IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



98 NOV -3 PM 3: 33

| | | |
|---|---|---|
| MICHAEL WELTON, | : | |
| Plaintiff(s), | | Case No. C-1-96-159 |
| -vs- | : | CHIEF JUDGE WALTER HERBERT RICE |
| H. GARRY OSBORN, et al., | : | |
| Defendant(s). | | |

## JUDGMENT IN A CIVIL CASE

**X**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

       **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: that judgment is entered in favor of the Plaintiff against the Defendant H. Garry Osborn in the amount of one hundred seventy seven thousand dollars ($177,000.00) in Compensatory Damages and in the amount of sixty five thousand six hundred twenty five dollars ($65,625.00).

Date: November 3, 1998

Kenneth J. Murphy, Clerk
Clerk

By: _____
Deputy Clerk